```
CAS101                          DOCKET BOOK REPORT                           PAGE    1

CASE # CV52015                COURT: 238TH DISTRICT COURT                  03/18/2016
CAUSE: INJURY OR DAMAGE WITH MV
STYLE: DOROTHY WEDDLE
                              VS GREGORY MONTGOMERY AND
                                 CIMATION LLC

                                      PLAINTIFF

 NAME                                                    ATTORNEY


 WEDDLE,DOROTHY              P
                                                         DOBBS,SPENCER
                                                         601 NORTH WASHINGTON
                                                         ODESSA, TX 79761
      -      -                                           432-580-0808


 WEDDLE,DOROTHY              P
                                                         HARRIS,ALAN B
                                                         409 N. TEXAS AVE.
                                                         ODESSA, TX 79761
      -      -                                           432-580-3118


                                      DEFENDANT

 NAME                                                    ATTORNEY


 CIMATION L L C              D
 TROY L BECKETT                                          VEREEN,DARRYL S
 10205 WESTHEIMER RD,STE 600                             P.O. DRAWER 1977
 HOUSTON, TEXAS 77042
                                                         EL PASO, TX 79999-1977
      -      -                                           915-532-2000


 MONTGOMERY,GREGORY          D
 230 TIMER LANE                                          VEREEN,DARRYL S
 BOULDER, COLORADO 80304                                 P.O. DRAWER 1977

                                                         EL PASO, TX 79999-1977
      -      -                                           915-532-2000


 TRANSACTIONS FOR ALL PARTIES                        /  /      THRU    /  /

 02/02/2016
 WEDDLE,DOROTHY        DOCKET SHEET/VP
 02/02/2016
 WEDDLE,DOROTHY        FILING FEES/VP                               328.00-
 02/02/2016
 WEDDLE,DOROTHY        F/PLAINTIFF'S ORIGINAL PETITION/ALG                   I     7
 02/03/2016
 MONTGOMERY,GREGORY    I/CIT/RETURNED TO ATTORNEY/ALG
 02/03/2016
 CIMATION L L C        I/CIT/RETURNED TO ATTORNEY/ALG
 02/04/2016
 WEDDLE,DOROTHY        RECD FROM SPENCER DOBBS/SA                   328.00
 02/25/2016            F/PLAINTIFF'S CERTIFICATE OF WRITTEN DISCOVERY        I     2
 WEDDLE,DOROTHY        DIRECTED TO DEFENDANT CIMATION LLC/MT
 02/25/2016
 CIMATION L L C        F/DEFENDANT CIMATION,LLC'S ORIGINAL ANSWER/CCC        I     3
 03/01/2016
 MONTGOMERY,GREGORY    F/CITATION SERVED BY CERT MAIL/02-26-16/MT            I     3
 03/03/2016            F/DEFENDANT GREGORY MONTGOMERY'S ORIGINAL ANSWER
 MONTGOMERY,GREGORY    /AC
 03/03/2016
 CIMATION L L C        F/CERTIFICATE OF WRITTEN DISCOVERY/CCC                I     2
```



EXHIBIT A

```
CAS101                          DOCKET BOOK REPORT                        PAGE    2

CASE # CV52015                  COURT: 238TH DISTRICT COURT               03/18/2016
CAUSE: INJURY OR DAMAGE WITH MV
```

```
CAS101                          DOCKET BOOK REPORT                        PAGE    2

CASE # CV52015                  COURT: 238TH DISTRICT COURT               03/18/2016
CAUSE: INJURY OR DAMAGE WITH MV
```