| | |
|---|---|
| DOROTHY WEDDLE, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | § |
| | § |
| GREGORY MONTGOMERY and | § |
| CIMATION, LLC, | § |
| | § |
| Defendant. | § |

## AFFIDAVIT OF GREGORY MONTGOMERY

STATE OF COLORADO §
§
COUNTY OF JEFFERSON §

**BEFORE ME,** the undersigned Notary Public, appeared Gregory Montgomery, known to me to be the person whose name appears on this Affidavit, and being by me duly sworn upon his oath, stated as follows:

"My name is Gregory Montgomery. I am an adult resident of the State of Colorado. I am fully competent to make this affidavit and testify herein. I have personal knowledge of the facts set forth in this affidavit, and these facts are true and correct.

I am one of the Defendants in this lawsuit. On 2/2/16, the date the Plaintiff's Original Petition was filed, I lived at 6471 Yarrow St., Arvada, Colorado, 80004, and still do. At that time, I worked at Terumo BCT, whose address is 10811 Collins Ave., Lakewood, Colorado, 80215, and still do. I have lived in the State of Colorado for approximately 2-1/2 years, and it is my current intention to stay there.

At the time the Plaintiff's Original Petition was filed on 2/2/16, I was, and still am a citizen of the State of Colorado.

Further affiant sayeth not."

_____
GREGORY MONTGOMERY

0014302/00115/DVER/1241874.1

**EXHIBIT**
C

SUBSCRIBED AND SWORN TO BEFORE ME by Gregory Montgomery on this 17th day of March, 2016, to certify which witness my hand and seal of office.

SAMUEL CHAPMAN
Notary Public
State of Colorado
Notary ID 20144044512
My Commission Expires Nov 19, 2018

Notary Public In and For
The State of Colorado