| | |
|---|---|
| DOROTHY WEDDLE, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | § |
| | § |
| GREGORY MONTGOMERY and | § |
| CIMATION, LLC, | § |
| | § |
| Defendant. | § |

## AFFIDAVIT OF RONALD J. ROBERTS

| | |
|---|---|
| STATE OF ILLINOIS | § |
| | § |
| COUNTY OF COOK | § |

**BEFORE ME,** the undersigned Notary Public, appeared Ronald J. Roberts, known to me to be the person whose name appears on this Affidavit, and being by me duly sworn upon his oath, stated as follows:

"My name is Ronald J. Roberts. I am an adult resident of the State of Illinois, County of Cook. I am fully competent to appear and testify herein. I have personal knowledge of the facts set forth in this affidavit, and these facts are true and correct.

I am currently employed by Accenture LLP ("Accenture"). I hold the position of Geographic Operations Counsel. I am also the Corporate Secretary for the Defendant in this cause, Cimation L.L.C. ("Cimation").

On February 2, 2016, the date the Plaintiff's Original Petition was filed, Cimation was, and currently still is, a Louisiana limited liability company. A true and correct copy of Cimation's Secretary of State filing is attached as Exhibit A and incorporated by reference herein.

On December 18, 2015, Accenture acquired all of the membership interests in Cimation, becoming the sole member of Cimation. At that time, Accenture was, and currently still is, an Illinois limited liability partnership. Accenture was the sole member of Cimation on February 2, 2016, and still is today.

Accenture has two partners. The first partner is Accenture, Inc., which was, and still is a Delaware corporation, with its principal place of business in Chicago, Illinois. The second partner is Accenture, LLC, a Delaware limited liability company. Accenture Sub, Inc. is the sole member of Accenture, LLC. Accenture Sub, Inc. was, and still is a Delaware corporation with its principal place of business in Wilmington, Delaware.

0014302/00115/DVER/1240772.2


EXHIBIT D

Further affiant sayeth not."

_____
Ronald J. Roberts


SUBSCRIBED AND SWORN TO BEFORE ME by Ronald J. Roberts on this ⁣11⁣ day of March, 2016, to certify which witness my hand and seal of office.

_____
Notary Public In and For
The State of Illinois

```
OFFICIAL SEAL
JAMES HIBBS
Notary Public - Illinois
COOK COUNTY
Commission No. 774242
Expires-September 19, 2016
```

0014302/00115/DVER/1240772.2

|  |  |  |
|---|---|---|
| Tom Schedler<br>Secretary of State | State of Louisiana Secretary of State | **COMMERCIAL DIVISION**<br>**225.925.4704** |



Fax Numbers
225.932.5317 (Admin. Services)
225.932.5314 (Corporations)
225.932.5318 (UCC)

| Name | Type | City | Status |
|---|---|---|---|
| CIMATION, L.L.C. | Limited Liability Company | MANDEVILLE | Active |

| | |
|---|---|
| **Business:** | CIMATION, L.L.C. |
| **Charter Number:** | 36923994K |
| **Registration Date:** | 12/22/2008 |
| **Domicile Address** | |
| | 1070-B WEST CAUSEWAY APPROACH |
| | MANDEVILLE, LA 70471 |
| **Mailing Address** | |
| | 12303 AIRPORT WAY |
| | SUITE 300 |
| | BROOMFIELD, CO 80021 |

## Status

| | |
|---|---|
| **Status:** | Active |
| **Annual Report Status:** | In Good Standing |
| **File Date:** | 12/22/2008 |
| **Last Report Filed:** | 11/24/2015 |
| **Type:** | Limited Liability Company |

## Registered Agent(s)

| | |
|---|---|
| **Agent:** | CORPORATE CREATIONS NETWORK, INC. |
| **Address 1:** | 1070-B WEST CAUSEWAY APPROACH |
| **City, State, Zip:** | MANDEVILLE, LA 70471 |
| **Appointment Date:** | 1/26/2016 |

## Officer(s)                                                                 Additional Officers: No

| | |
|---|---|
| **Officer:** | ACCENTURE LLP |
| **Title:** | Member |
| **Address 1:** | 161 NORTH CLARK STREET |
| **City, State, Zip:** | CHICAGO, IL 60601 |

## Amendments on File (7)



EXHIBIT A
Roberts

| Description | Date |
|---|---|
| Domestic LLC Agent/Domicile Change | 2/27/2009 |
| Domestic LLC Agent/Domicile Change | 7/3/2011 |
| Domestic LLC Agent/Domicile Change | 7/23/2012 |
| Domestic LLC Agent/Domicile Change | 1/26/2016 |
| Amendment | 2/1/2016 |
| Appointing, Change, or Resign of Officer | 2/1/2016 |
| Domestic LLC Agent/Domicile Change | 2/25/2016 |

Print